ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice

ANDREW W. INGERSOLL (Bar No. 221348)
Trial Attorney
Telephone: (202) 514-1999
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044

**Attorneys for Plaintiff United States of America**

ANNETTE BALLATORE-WILLIAMSON (Bar No. 192176)
District Counsel
Telephone: (559) 230-6033
San Joaquin Valley Unified Air Pollution Control District
1990 E. Gettysburg Avenue
Fresno, California 93726

**Attorney for Plaintiff San Joaquin Valley
Unified Air Pollution Control District**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL DISTRICT ) ) ) ) | Case No. 1:11-cv-00241-LJO-SMS |
| Plaintiffs, )<br>v. )<br>)<br>MERCED POWER, LLC, )<br>)<br>Defendant. )<br>_____ ) | **JOINT STIPULATION TO TERMINATE CONSENT DECREE AND REQUEST FOR COURT APPROVAL; ORDER THEREON** |

Plaintiffs the United States of America, on behalf of the United States Environmental Protection Agency, and the San Joaquin Valley Unified Air Pollution Control District (collectively, Plaintiffs), and Defendant Merced Power, LLC respectfully move the Court to terminate the Consent Decree entered as a final judgment in this matter on April 25, 2011 (DN 8).

In support of this motion, the Plaintiffs and Defendant hereby stipulate and agree as follows:

1.      The Consent Decree was negotiated by the Plaintiffs and Defendant to resolve alleged violations of the Clean Air Act, 42 U.S.C. § 7401 *et seq*. and state implementing regulations.

2.      On April 25, 2011, the Court entered the Consent Decree as a final judgment in this matter.  DN 8.

3.      Pursuant to Paragraphs 12 and 13 of the Consent Decree, Defendant completed the compliance requirements of the Consent Decree and satisfied all claims for stipulated penalties available pursuant to Section VII of the Consent Decree.

4.      In accordance with Paragraph 74 of the Consent Decree, Defendant requested termination of the Consent Decree, on the basis that it has satisfied the requirements for termination.

5.      Pursuant to Paragraph 75 of the Consent Decree, after receiving Defendant's Request for Termination, Plaintiffs agree that Defendant has satisfied the requirements for terminating the Consent Decree, except for the Consent Decree's information retention requirements which survive for three years after termination. *See* Consent Decree ¶ 54.

6.   Accordingly, the Parties hereby stipulate that:

THE CONSENT DECREE IS TERMINATED.

1    RESPECTFULLY SUBMITTED this 22nd day of September, 2015.

2    FOR PLAINTIFF UNITED STATES OF AMERICA:

3

4    Dated: September 22, 2015              UNITED STATES OF AMERICA

5

6                                          /s/ Andrew W. Ingersoll
                                           ANDREW W. INGERSOLL
7                                          Trial Attorney
                                           Environmental Enforcement Section
8                                          Environment and Natural Resources
                                           Division, U.S. Department of Justice
9                                          P.O. Box 7611
                                           Washington, DC  20044-7611
10                                         Telephone:  (202) 215-1999

11

12

13   OF COUNSEL:

14
     DAVID H. KIM
15   Assistant Regional Counsel
     U.S. Environmental Protection Agency, Region IX
16   75 Hawthorne Street
     San Francisco, California  94105
17

18

19   FOR PLAINTIFF SAN JOAQUIN VALLEY UNIFIED AIR POLLUTION CONTROL
     DISTRICT:
20

21   Dated: September 22, 2015              SAN JOAQUIN VALLEY UNIFIED AIR
                                           POLLUTION CONTROL DISTRICT
22

23

24                                         /s/ Annette Ballatore-Williamson
                                           ANNETTE BALLATORE-WILLIAMSON
25                                         District Counsel
                                           1990 E. Gettysburg Avenue
26                                         Fresno, CA 93726
                                           Telephone: (559) 230-6033
27

28

Joint Stip. to Term. Consent Decree & Req.          3          09874/2479434.1
for Ct. Approval - Case No. 1:11 cv 00241
LJO SMS

1    FOR DEFENDANT MERCED POWER, LLC:

2

3    Dated: September 22, 2015                  PAUL, HASTINGS, JANOFSKY &
                                                 WALKER, LLP
4
                                                 /s/ Jodi Smith
5                                                JODI SMITH, Esq.
                                                 Paul Hastings, LLP
6                                                55 Second Street, Twenty-Fourth Floor
                                                 San Francisco, CA 94105
7                                                Telephone:  (415) 856-7000

8

9                              ORDER

10
           Pursuant to the Stipulation of all parties, the Consent Decree in this case is
11
12   TERMINATED.

13
     IT IS SO ORDERED.
14

15        Dated:   **September 23, 2015**        ____/s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28